# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA ALICE LORCA VERAS** and **WALDERICO CLEMENCEU C. LORCA,**
Appellants,

v.

**CHRISTOPHER NELS OSHER,**
Appellee.

No. 4D18-582

[May 14, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe and James Nutt, Judges; L.T. Case No. 50-2014-CA-003155-XXXX-MB.

Maria Alice Lorca Veras and Walderico Clemenceu C. Lorca, Lantana, pro se.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellee.

### ON APPELLANTS' MOTION FOR REVIEW OF ORDER TAXING APPELLATE ATTORNEY'S FEES

PER CURIAM.

*Affirmed.*

DAMOORGIAN and CIKLIN, JJ., and KANNER, DANIEL, Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*